| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | DANIEL SANDERS (OHBN 52077)<br>Assistant U.S. Attorney |
| 5 | |
| 6 | S. WAQAR HASIB (CABN 234818)<br>Assistant U.S. Attorney |
| 7 | 450 Golden Gate Ave (11th Floor)<br>San Francisco, CA 94102 |
| 8 | Telephone: (415) 436-7359<br>Facsimile: (415) 436-7234 |
| 9 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 3-08-70035-EDL EMC |
| V. | ) | |
| | ) | NOTICE OF PROCEEDINGS ON |
| v. | ) | OUT-OF-DISTRICT CRIMINAL |
| | ) | CHARGES PURSUANT TO RULES |
| CELESTE F. PINNEY | ) | 5(c)(2) AND (3) OF THE FEDERAL RULES |
| | ) | OF CRIMINAL PROCEDURE |
| | ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on January 24, 2008, the above-named defendant was arrested based upon an arrest warrant (copy attached), issued upon an indictment (copy attached) pending in the Eastern District of Wisconsin, case number 08-CR-00036. In that case, the defendant is charged with conspiring with others to distribute controlled substances, in violation of 21 U.S.C. 841(a)(1), 841(b)(1)(a) and 846, and 18 U.S.C. § 2.

Respectfully Submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

Date: January 28, 2008

S. WAQAR HASIB
DANIEL SANDERS
Assistant United States Attorneys

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

CELESTE F. PINNEY, dob 1970

## WARRANT FOR ARREST

CASE NUMBER: 08 CR 36

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Celeste F. Pinney and bring her forthwith to the nearest magistrate to answer an Indictment charging her with knowingly and intentionally conspiring with others to distribute a controlled substance involving 1,000 kilograms or more of a mixture and substance containing marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(A) and 846 and Title 18, United States Code, § 2.

Jon W. Sanfilippo
Name of Judicial Officer

District Court Clerk
Title of Issuing Officer

_____
Signature of Issuing Officer

January 15, 2008, at Milwaukee, Wisconsin
Date and Location

(By) Deputy Clerk

Bail fixed at $_____ by _____

Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: | | |

# SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'08 JAN 15 P3:26

UNITED STATES OF AMERICA,

Plaintiff,

v.

1 OSKAR W. SHELDON,
2 PATRICK J. O'BRIEN,
3 PETER K. LOFGREN,
4 AIMEE S. MARTINEZ,
5 RICARDO ALVAREZ-MORALES,
6 OMAR MORALES-ORTIZ,
7 CELESTE F. PINNEY,
8 DAVID P. LEBLANC,
9 COLLEEN MCGARRY,
10 RYAN C. MINAHAN,
11 BENJAMIN C. JANIK,
12 BRIAN J. MCGUINNIS,
13 JEREMY HOCH,
14 SAMUEL E. SUMNER,
15 THOMAS P. BAKER,
16 EMMANUAL MERRITT,
17 CHRIS A. LAMBROU,
18 ROBERT A. HUFF,
19 JUSTIN WELLS,
20 JOHNNY J. MORTON, and
21 ANDREA MCDEVITT,

Defendants.

Case No. 08-CR-08 CR 36

[Title 21, U.S.C. §§ 841(a)(1), 841(b)(1)(A) & 846, and Title 18, U.S.C. §2]

SEALED

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

1.  Beginning sometime in 2006, and continuing through January 15, 2008, in the State and Eastern District of Wisconsin and elsewhere,

OSKAR W. SHELDON,
PATRICK J. O'BRIEN,
PETER K. LOFGREN,
AIMEE S. MARTINEZ,
RICARDO ALVAREZ-MORALES,
OMAR MORALES-ORTIZ,
CELESTE F. PINNEY,
DAVID P. LEBLANC,
COLLEEN MCGARRY,
RYAN C. MINAHAN,
BENJAMIN C. JANIK,
BRIAN J. MCGUINNIS,
JEREMY HOCH,
SAMUEL E. SUMNER,
THOMAS P. BAKER,
EMMANUAL MERRITT,
CHRIS A. LAMBROU,
ROBERT A. HUFF,
JUSTIN WELLS,
JOHNNY J. MORTON, and
ANDREA MCDEVITT,

knowingly and intentionally conspired with each other and persons known and unknown to the grand jury, to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2.  The offense involved 1,000 kilograms or more of a mixture and substance containing marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(b)(1)(A) & 846 and Title 18, United States Code, Section 2.

2

## FORFEITURE NOTICE

All property of the defendants constituting or derived from any proceeds the defendants obtained as a result of the violations set forth in Count One, and all property of the defendants used or intended to be used to commit or facilitate the commission of the violations, is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853. The properties subject to forfeiture include the following:

1. A personal money judgment against each defendant in the amount of $1,000,000.00, an amount representing the unseized proceeds of the violations charged in Count One, and funds used to facilitate the violations.

A TRUE BILL

FOREPERSON

Dated: 1-15-08

Steven M. Biskupic
United States Attorney

3

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

CELESTE F. PINNEY, dob 1970

## WARRANT FOR ARREST

CASE NUMBER: 08 CR 36

**TO: The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest Celeste F. Pinney and bring her forthwith to the nearest magistrate to answer an Indictment charging her with knowingly and intentionally conspiring with others to distribute a controlled substance involving 1,000 kilograms or more of a mixture and substance containing marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(A) and 846 and Title 18, United States Code, § 2.

Jon W. Sanfilippo
Name of Judicial Officer

District Court Clerk
Title of Issuing Officer

Signature of Issuing Officer

January 15, 2008, at Milwaukee, Wisconsin
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____

Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: | | |