✎ AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>CELESTE PINNEY | COMMITMENT TO ANOTHER DISTRICT<br>(DEFENDANT OUT OF CUSTODY) |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern District of California | Eastern District of Wisconsin | 3-08-mj-70035-EDL-4 | 08-0036-CNC-AEG-7 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

**charging a violation of**    21    **U.S.C. §**    841(a)(1), 841 (b)(1)(A), and 846

**DISTRICT OF OFFENSE**
Eastern District of Wisconsin

**DESCRIPTION OF CHARGES:**

Conspiracy to distribute a controlled substance

**CURRENT BOND STATUS:**

☒ Bail fixed at    $50,000    and defendant is released on bond
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify)    Defendant ordered to appear as instructed by USMJ Gorence the Eastern District of Wisconsin
Bond, if any, shall be transferred to the District of Offense

| **Representation:** | ☒ Retained Own Counsel | ☐ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| **Interpreter Required?** | ☒ No | ☐ Yes | Language: | |

_5/13/08_                    _/s/ signature_
Date                        United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |